1
2
3
4
5
6
7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CARTER LEE ALLEN,

11            Plaintiff,                   No. CIV S-10-2254 EFB P

12       vs.

13   J. D. KLARICH, et al.,

14            Defendants.            ORDER

15   _____/

16       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983. He requests leave to proceed *in forma pauperis*.

18       Plaintiff alleges a violation of his civil rights in Coalinga, California. Coalinga is in the

19   Fresno Division of this court and the action should have been commenced there. *See* Local Rule

20   120(d). The court has not yet ruled on plaintiff's request to proceed *in forma pauperis*.

21       Accordingly, it is hereby orderd that:

22       1. This action is transferred to the Fresno Division.

23       2. The Clerk of Court shall assign a new case number.

24   ////

25   ////

26   ////

1

3. All future filings shall bear the new case number and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

DATED: September 7, 2010.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2